IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KAMON ROSS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:22-cv-1955-WMR |
| | * |
| **A&G JONES BRIDGE, LLC,** | * |
| | * |
| Defendant. | * |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff hereby respectfully requests that this Court administratively close the file to allow fourteen (14) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 4th day of November, 2022.

                                                __/s/ *Julie McCollister*_____
                                                Julie McCollister, Esq.
                                                Counsel for Plaintiff
                                                Georgia State Bar No.: 450726
                                                McCollister Law, LLC
                                                P.O. Box 2525
                                                Blairsville, GA 30514
                                                (706)745-0057
                                                jbmccollister@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, and also delivered the same via electronic mail to the following:

John C. Amabile
Parker Poe Adams & Bernstein LLP
1075 Peachtree Street NE, Ste 1500
Atlanta, GA 30309
678-690-5747
johnamabile@parkerpoe.com

/s/ *Julie McCollister*
Julie McCollister


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister