IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KAMON ROSS,** | \* |
| Plaintiff, | \* |
| v. | \*  Case No. 1:22-cv-1955-WMR |
| **A&G JONES BRIDGE, LLC,** | \* |
| Defendant. | \* |

### ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation [Doc. 14], and the Consent Decree attached thereto [Doc. 14-1 ], and for good cause shown, the relief requested in the Stipulation is **GRANTED**. The Court shall retain jurisdiction to enforce the parties' Consent Decree, and this case is **DISMISSED** with prejudice. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this 20th day of March, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE